## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Reeves v. Barrasse, et al.</u> : | CIVIL NO. 1:CV-07-0116 |
| Inmate: | Allen James Reeves : | (Judge Conner) |
| ID Number: | : | |

### ORDER

On January 22, 2007, Allen James Reeves, an inmate currently confined at the Lackawanna County Prison, Scranton, Pennsylvania, filed a civil rights complaint without submitting a filing fee or one of the forms required to proceed <u>in forma pauperis</u> in a civil rights case. By Administrative Order dated January 25, 2007, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge

DATE: February 28, 2007